**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01705-KES Date: October 9, 2026

Title: Jerry Ong v. Fortunato Maldonado, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): Order to Show Cause**

On July 1, 2026, Plaintiff filed a complaint against two defendants: (1) Fortunato Maldonado, doing business as Lawnmower 2000 (“Maldonado”); and (2) 50 Corporate Park Partners, LLC (“CPP”). (Dkt. 1.)

Plaintiff filed a proof of service (“POS”) for CPP (Dkt. 8) but not Maldonado. **By October 16, 2026**, Plaintiff is ordered to show cause why his claims against Maldonado should not be dismissed for failure to serve Maldonado within 90 days, as required by Federal Rule of Civil Procedure 4(m). Alternatively, Plaintiff may discharge this OSC by filing a valid POS or voluntary dismissal for Maldonado.

As for the POS filed for CPP, it says that Plaintiff served a manager at Orange Hill Mailbox where R. Scott Tedro, CCP’s agent, rents a mail box. (Dkt. 8.) This method was used because CCP’s physical address is “unknown.” (Id.) **By October 16, 2026**, Plaintiff is ordered to show cause why is this valid service when a physical address for CCP is listed on the California Secretary of State’s website. Again, Plaintiff may discharge this OSC by voluntarily dismissing CCP. action.

Initials of Deputy Clerk jd